# U.S. BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Case No.: 19-17588-mdc
Pedro Teixeira                    :             Chapter 7
                                 :
                                 :
                                 :
                Debtor.          :
                                 :


## AMENDED CERTIFICATE OF SERVICE

I, hereby certify that on August 24, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following, United States Trustee USTPRegion02.PH.ECF@usdoj.gov and Bonnie Finkel finkeltrustee@comcast.net.


Key Bank f/n/a First Niagara
c/o Saldutti Law Group
Robert Saldutti
BNY Mellon Center
1735 Market Street
Suite 3750
Philadelphia, PA 19103


/s/ George R Tadross
George R Tadross, Esquire
128 Chestnut Street, Suite 301B
Philadelphia, PA 19106
215-500-5000 (phone)
267-885-2377 (fax)
Attorney for Debtor